FILED
October 27, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____TB_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| UNITED STATES OF AMERICA | § | Cause No.: **DR-21-CR-01697-AM** |
|---|---|---|
| v. | § § § § | **INDICTMENT** [Vio: Title 18 U.S.C. § 1001(a)(2) - False Statement or Representation Made to an Agency or Department of the United States.] |
| ARMANDO REYNA MARTINEZ | § § § | |

THE GRAND JURY CHARGES:

COUNT ONE
[18 U.S.C. § 1001(a)(2)]

On or about September 27, 2021, in the Western District of Texas, Defendant,

ARMANDO REYNA MARTINEZ,

did knowingly and willfully make and cause to be made materially false, fictitious, and fraudulent statements and representations to a United States Customs and Border Protection Officer, in a matter within the jurisdiction of an executive department or agency of the United States, that is, Defendant stated he was a United States citizen and that his name was Jesus Salazar Rodriguez, knowing such statements and representations to be false in order to avoid further inspection by United States Customs and Border Protection Officers, all in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL.



FOREPERSON

ASHLEY C. HOFF
United States Attorney

By: _____
MICHAEL G. SCHNEIDER
Assistant United States Attorney